No. 5118.

#### CITY OF NEW ORLEANS vs. JOHN W. CANNON.

It is proved that lot No. 21, in square No. 217, bounded by Carondelet, St. Charles, St. Joseph, and Julia streets, upon which the taxes are claimed, belongs, as stated by defendant, to the Poydras Female Orphan Asylum; that the same was leased for fifty years to R. W. Montgomery in 1856, and that defendant holds under said lease. The lessee is not liable for the taxes.

APPEAL from the Superior District Court, parish of Orleans. *Hawkins*, J. *Samuel P. Blanc*, Assistant City Attorney, for plaintiff and appellee. *R. H. Marr*, for defendant and appellant.

WYLY, J. This is a controversy for city taxes. The defense is that the property taxed does not belong to defendant; that he holds it merely under a lease, the owner being the Poydras Female Orphan Asylum. It is proved that lot No. 21, in square No. 217, bounded by Carondelet, St. Charles, St. Joseph, and Julia streets, upon which the taxes are claimed, belongs, as stated, to the Poydras Female Orphan Asylum; that the same was leased for fifty years to R. W. Montgomery in 1856, and that defendant holds under said lease. The lessee is not liable for the taxes. 18 An. 513; 23 An. 445; Revised Code 2702.

City of New Orleans vs. Cannon.

Plaintiff, however, contends, under the authority of the case of S. P. Russ, decided during last term, that the buildings and improvements on the leased premises erected and owned by defendant are subject to taxation, and defendant is bound therefor. That question may arise when plaintiff presents an assessment thereon against defendant, but here the assessment is on lot No. 21, in square No. 217, bounded by the streets mentioned. The question is not, therefore, in this case.

It is therefore ordered that the judgment herein in favor of plaintiff be annulled, and it is ordered that plaintiff's suit be dismissed with costs.